IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RJ DUBLIN, LLC,

        Plaintiff,

v.

GEORGE A. SAFFAS,

        Defendant.
_____/

No. C 12-04205 RS

**ORDER REGARDING ECF NOTICE**

Pursuant to Civil Local Rule 5-1(c), "[e]ach attorney of record is obligated to become an ECF user and obtain a user ID and password for access to the system upon filing a case in this district." Civil Local Rule 5-1(j) provides that "[f]ailure of counsel to timely register or otherwise comply with ECF filing requirements shall subject counsel to sanctions as may be imposed by the Court." Counsel in this matter has failed to register for ECF. Counsel shall be prepared to address this issue at the case management conference scheduled in this matter on February 7, 2013.

    IT IS SO ORDERED.

DATED: 2/1/13

_____
RICHARD SEEBORG
United States District Judge